**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

OLEG SADOVNIKOV #A249-375-305          CASE NO.  2:25-CV-02070 SEC P

VERSUS                                 JUDGE JAMES D. CAIN, JR.

JAMIEN A ARWIE ET AL                   MAGISTRATE JUDGE LEBLANC

**ORDER**

Before the Court is a Motion for Temporary Restraining Order (Doc. 1) incorporated in Petitioner, Oleg Sadovnikov's Petition for Writ of Habeas Corpus. Petitioner is a native of Russia with a Final Order of Removal. The Petition was marked as deficient due to failing to submit documents on approved forms.  In the meantime, the Clerk of Court issued a Notice of Deficiency for failure to apprise the Court of a new address, as all mail was returned from the Allen Parish Jail.  The Court has also attempted to locate Petitioner via the ICE Locator link,[1] and finds that Petitioner is not in ICE custody and has been released. Accordingly,

**IT IS ORDERED** that the Motion for Temporary Restraining Order (Doc. 1) is **DENIED** as **MOOT** and the Petition for Wrist of Habeas Corpus is **DISMISSED.**

**THUS DONE AND SIGNED** in chambers on this 25th day of March, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] https://locator.ice.gov/odls/#/search